Chapman, Strawn and Pratt, of Granite City, for appellant; Joseph R. Bartylak, of Collinsville, for appellees. Opinion by JUSTICE EBERSPACHER. Not to be published in full.

Gerald M. Hampleman, et al., Plaintiffs-Appellees, v. County Board of School Trustees of Perry County, Illinois, et al., Defendants-Appellants,

(Consolidated With)

James G. Heiman and Ruth E. Heiman, Plaintiffs-Appellees, v. County Board of School Trustees of Perry County, Illinois, et al., Defendants-Appellants,

(Consolidated With)

Tamaroa Community High School, School District No. 102, Perry County and Washington County, Illinois, et al., Plaintiffs-Appellants, v. The County Board of School Trustees, et al., Defendants-Appellees.

Gen. No. 66–41.

Fifth District.

October 13, 1966.

431

Hodson & Pennock, of Centralia (Lloyd Middleton, of Pinckneyville, of counsel), for appellants; Hill & Hill, of Benton, for appellees. Opinion by JUSTICE EBERSPACHER. Not to be published in full.

Illinois Power Company, a Corporation, Petitioner-Appellant, v. Ruth M. Walter, et al., Magnolia Petroleum Company, a Corporation, Walter J. McGlasson, et al., United States of America, Egyptian Electric Cooperative Association, a Corporation, and The National Bank of Bloomington, a Corporation, as Trustee, Defendants-Appellees.

Gen. No. 65–63.

Fifth District.

October 14, 1966.